UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

BENSON EVERETT LEGG
Chief Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0723

October 18, 2004

FINANCIAL DISCLOSURE OFFICE
Oct 25 10 52 AM '04
RECEIVED

The Honorable Mary M. Lisi
Chair, Committee on Financial Disclosure
Judicial Conference of the United States
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Judge Lisi:

Thank you for your letter of August 12, 2004. I apologize for the delay in responding and for the incomplete information regarding "Legg Mason, Inc."

██████ exercised stock options which were placed in her account at Legg Mason. The transaction occurred on September 8, 2003. Value code is "M."

Please let me know if you need any further information.

Very truly yours,

Benson Everett Legg

| AO-10 |
| Rev. 1/2004 |

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

Report Required by the Ethics
In Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) <br><br> LEGG, BENSON E | 2. Court or Organization <br><br> U.S. DISTRICT COURT, MARYLAND | 3. Date of Report <br><br> 6/16/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) <br><br> U.S. DISTRICT JUDGE (ACTIVE) | 5. Report Type (check appropriate type) <br><br> ( ) Nomination, Date <br> ( ) Initial ● Annual ( ) Final | 6. Reporting Period <br><br> 1/1/2003 <br> to <br> 12/31/2003 |
| 7. Chambers or Office Address <br><br> 101 W. LOMBARD STREET <br> SUITE 340 <br> BALTIMORE, MARYLAND 21201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting Individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | BALTIMORE ZOOLOGICAL SOCIETY, INC. |
| 2. MEMBER ADVISORY BOARD | NATIONAL AQUARIUM IN BALTIMORE, MD |
| 3. UGMA TRUSTEE | CUSTODIAL ACCOUNTS AT LEGG MASON WOOD WALKER, INC. BALTIMORE, MD |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED
2004 JUL 20 A 10: 5
FINANCIAL
DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☒ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE   - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | LEGG, BENSON E | 6/16/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. FIRST USA | REVOLVING CREDIT CARD | K |

| Name of Person Reporting | Date of Report |
|---|---|
| LEGG, BENSON E | 6/16/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. T. ROWE PRICE NEW HORIZON. BALTIMORE, MD | C | Dividend | K | T | | | | | |
| 2. LEGG MASON WOOD WALKER TAX EXEMPT TRUST, BALTIMORE, MD | A | Dividend | J | T | | | | | |
| 3. RIVER HOTEL, BALTIMORE, MD | | None | J | W | | | | | |
| 4. IRA LEGG MASON VALUE TRUST, BALTIMORE, MD | E | Dividend | M | T | | | | | |
| 5. IRA LEGG MASON OPPORTUNITY TRUST, BALTIMORE, MD | A | Dividend | M | T | | | | | |
| 6. AMAZON.COM, INC | A | Dividend | L | T | | | | | |
| 7. IRA, AMAZON.COM, INC. | A | Dividend | L | T | | | | | |
| 8. IRA, SITEL CORP. | A | Dividend | J | T | | | | | |
| 9. IRA, LEGG MASON VALUE TRUST. BALTIMORE, MD | E | Dividend | M | T | | | | | |
| 10. IRA, LEGG MASON OPPORTUNITY TRUST, BALTIMORE, MD | C | Dividend | O | T | | | | | |
| 11. PARKER & PARSLEY DEVELOPMENT PARTNERS, LP | A | Dividend | J | T | | | | | |
| 12. HCW DRILLING PARTNERSHIP UNITS 1980-1, UNPRICED SECURITY | | None | J | W | | | | | |
| 13. HCW DRILLING PARTNERHSIP UNITS 1979-1, UNPRICED SECURITY | | None | J | W | | | | | |
| 14. LEGG MASON PROFIT SHARING & 401K PLANS | D | Dividend | M | T | | | | | |
| 15. LEGG MASON SPECIAL INVESTMENT TRUST & NAVIGATOR VALUE TRUST | D | Dividend | M | T | | | | | |
| 16. KOGER PARTNERSHIP, LTD | | None | J | W | | | | | |
| 17. LEGG MASON OPPORTUNITY TRUST, BALTIMORE, MD | C | Dividend | N | T | | | | | |
| 18. CELL GENESYS.COM | | None | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEGG. BENSON E | 6/16/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g div rent or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. QUALCOMM, INC. | | None | K | T | | | | | |
| 20. LEGG MASON. INC. | | None | M | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | LEGG, BENSON E | 6/16/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

PART VII:

LINE 2. LEGG MASON TAX EXEMPT TRUST IS A MONEY MARKET ACCOUNT. THE VALUE OF WHICH FLUCTUATES AS AMOUNTS ARE USED TO PURCHASE SECURITIES.

LINE 3. RIVER HOTEL PARTNERSHIP; ACCORDING TO DEUTSCHE BANC ALEX BROWN OUR INTEREST IN THIS PARTNERSHIP HAS A GROSS VALUE OF ZERO AS OF DECEMBER 31, 2003. THE INTEREST FROM CERTAIN BANK ACCOUNTS WAS ALLOCATED TO OUR ACCOUNTS.

LINE 14. AS REPORTED ON EARLIER REPORTS, THE VALUE IN PART C(1) INCLUDES BOTH 401K AND PROFIT SHARING PARTS OF THE PROGRAM.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____    Date 7/14/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544